JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK MILTON OLIVER JR, | ) | Case No.  2:16-CV-01846-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to February 19, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has four briefs due on the same day.

**Oliver v. Colvin**	**Stipulation and Proposed Order**	**E.D. Cal. 2:16-cv-01846-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                        Respectfully submitted,

Date: December 22, 2016            JACQUELINE A. FORSLUND
                                                  Attorney at Law

                                         */s/Jacqueline A. Forslund*
                                         JACQUELINE A. FORSLUND

                                         Attorney for Plaintiff

Date:  December 22, 2016           PHILIP A. TALBERT
                                                  Acting United States Attorney
                                                  DEBORAH STACHEL
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                         */s/April A. Alongi*
                                         APRIL A. ALONGI
                                         Special Assistant United States Attorney
                                         *By email authorization

                                         Attorney for Defendant

                                                  <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  January 4, 2017

                                                  _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE