JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK MILTON OLIVER JR., | ) | Case No. 2:16-CV-01846-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to May 13, 2017, for Plaintiff to file the Reply Brief, in accordance with the Court's Scheduling Order. This is the first extension of time Plaintiff has requested for the filing of the Reply Brief and is requested because Plaintiff's counsel is experiencing a significant backlog in her workload.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Oliver v. Berryhill**      **Stipulation and Proposed Order**      **E.D. Cal. 2:16-cv-01846-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 12, 2017     JACQUELINE A. FORSLUND
                         Attorney at Law

                         */s/Jacqueline A. Forslund*
                         JACQUELINE A. FORSLUND

                         Attorney for Plaintiff

Date:  April 12, 2017    PHILIP A. TALBERT
                         United States Attorney
                         DEBORAH STACHEL
                         Regional Chief Counsel, Region IX
                         Social Security Administration

                         */s/Theophous H. Reagans for April A. Alongi*
                         THEOPHOUS H. REAGANS FOR APRIL A. ALONGI
                         Special Assistant United States Attorney
                         *By email authorization

                         Attorney for Defendant

                                ORDER

APPROVED AND SO ORDERED

Dated:  April 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Oliver v. Berryhill**     **Stipulation and Proposed Order**     **E.D. Cal. 2:16-cv-01846-CKD**